# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-26-00050-CR

**Johnathan Johnson, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE COUNTY COURT AT LAW NO. 8 OF TRAVIS COUNTY, NO. C-1-CR-25-210875, THE HONORABLE CARLOS HUMBERTO BARRERA, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

The State charged appellant Johnathan Johnson with misdemeanor criminal trespass. *See* Tex. Penal Code § 30.05(a). Johnson has filed a pro se notice of appeal from the trial court's November 13, 2025 agreed order adjudging him incompetent and ordering his treatment at a mental health facility. *See* Tex. Code Crim. Proc. art. 46B.005.

Johnson, who is represented by appointed counsel in the trial court, has no right to hybrid representation, *see Robinson v. State*, 240 S.W.3d 919, 922 (Tex. Crim. App. 2007); *Patrick v. State*, 906 S.W.2d 481, 498 (Tex. Crim. App. 1995), and his pro se notice of appeal presents nothing for our review, *see Patrick*, 906 S.W.2d at 498; *Scarbrough v. State*, 777 S.W.2d 83, 92 (Tex. Crim. App. 1989).

Accordingly, we dismiss this appeal for want of jurisdiction. *See* Tex. R. App. P. 43.2(f).

_____

Rosa Lopez Theofanis, Justice

Before Chief Justice Byrne, Justices Theofanis and Crump

Dismissed for Want of Jurisdiction

Filed:   February 20, 2026

Do Not Publish